IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARMICE REON HILL, #167507,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:11cv902-TMH |
| ) | |
| KIM THOMAS, et al.,  ) | |
| ) | |
| Defendants.  ) | |

**ORDER AND OPINION**

On January 12, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 10). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(3)(2)(b)(I) and (ii).

Done this the 1st day of February, 2012.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE